ALFRED BASCH v. THE SALVATION ARMY, Impleaded, etc.— Motion granted. Order resettled. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK v. MARY TURNER and Others, Impleaded with KATHLEEN N. O'DONNELL CANDEE.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ. [See ante, p. 713.]

IRVING TRUST COMPANY, as Corporate Trustee, and CHARLES C. MOORE, as Individual Trustee under Trust Mortgage Made by SIXTY UNIVERSITY PLACE CORPORATION Dated as of July 15, 1925, v. SIXTY UNIVERSITY PLACE CORPORATION and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, v. ROBERT ADAMSON and Others, Impleaded with ISAAC GORDON and YALE SCHULMAN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application for a Subpœna and Subpœna Duces Tecum Directed to HOWARD H. GUNDER, Requiring Him to Testify and Produce Certain Books and Papers, etc. HOWARD H. GUNDER. IRVING TRUST COMPANY, as Trustee in Bankruptcy of BANKERS CAPITAL CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, v. ROBERT ADAMSON and Others, Impleaded with WILFRID GREIF and HOWARD S. HOIT and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ISAAC TANENBAUM v. COMMERCIAL CREDIT CORPORATION.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

BARNETT M. KAPLAN v. MARYLAND CASUALTY COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.